| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAY 30 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DENNIS RIVERA-TRIGUEROS,

      Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

      Respondent.

No. 23-110

Agency No. A044-803-246

MANDATE

      The judgment of this Court, entered February 28, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT